RECEIVED

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

2020 NOV 19  AM 7: 20

☐ Eastern (Jackson)  DIVISION
☐ Western(Memphis) DIVISION

|  |  |
|---|---|
| Plaintiff, <br> Crosby, PuRita | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

vs.

No. _____
See attached

Defendant.
Core Civic

## COMPLAINT

1.  This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

☒  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
*NOTE: In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

☒  Amended Charge
Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102 -166)
*NOTE: In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

☐  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 1102-166).
*NOTE: In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

## JURISDICTION

2. Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3. Plaintiff resides at:

4853 Seed Tick Rd.
**STREET ADDRESS**

Shelby , TN , 38002 , 901-317-0788
County      State      Zip Code    Telephone Number

4. Defendant(s) resides at, or its business is located at:

CoreCivic 10 Burton Hills Blvd Nashville, TN 37215
**STREET ADDRESS**

Davidson , Nashville , TN , 37215 .
County      City      State      Zip Code

NOTE: If more than one defendant, you must list the names, address of each additional defendant.

N/A

5. The address at which I sought employment or was employed by the defendant(s) is:

West Tennessee Detention Facility Mason, TN

2

STREET ADDRESS

Fayette , Mason , TN , 38049 .
County        City        State        Zip Code

6.   The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

☐   Failure to hire

☑   Termination of my employment

☐   Failure to promote

☐   Failure to accommodate my disability

☑   Unequal terms and conditions of my employment

☐   Retaliation

☐   Other acts*(specify)*:_____

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7.   It is my best recollection that the alleged discriminatory acts occurred on:

_____.
Date(s) December 2018 to March 2019

8.   I believe that the defendant(s) *(check one)*:

☐   is still committing these acts against me.

☑   is <u>not</u> still committing these acts against me.

9.   Defendant(s) discriminated against me based on my:
*(check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)*

3

[X] Race African American

[ ] Color_____

[X] Gender/Sex Female

[ ] Religion_____

[ ] National Origin_____

[ ] Disability_____

[X] Age. If age is checked, answer the following:
I was born in 1960_____. At the time(s) defendant(s) discriminated against me.

I was [N] more [ ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity Commission can be considered by the federal district court.*

10.    The facts of my case are as follows:

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*
I WAS HIRED BY THE ABOVE-NAMED COMPANY ON JULY 31, 2018, AS A HEALTH SERVICES ADMINISTRATOR.

FROM DECEMBER 2018 THROUGH MARCH 2019, I RECEIVED SEVERAL NOTICES OF CONCERNS AND SEVERAL TWO-WAY MEMOS, FROM KAREEM RHODES, BLACK MALE, CONTRACT MONITOR, FOR ALLEGED PERFORMANCE ISSUES. ON OR AROUND FEBRUARY 15, 2019, I MADE A PROTECTED PROTEST ON THE U.S MARSHALLS COMPLAINT WEBSITE, AND NO ACTION WAS TAKEN. ON OR AROUND JANUARY 15, 2019, I WAS PLACED ON A PIP FOR ALLEGED PERFORMANCE ISSUES. I WAS SUSPENDED ON JANUARY 24, 2019 THROUGH FEBRUARY 4, 2019, FOR ALLEGED PERFORMANCE ISSUES. ON MARCH 14, 2019, I WAS GIVEN THE OPTION TO STEP DOWN FROM MY POSITION OR RESIGN AND I DECIDED TO RESIGN.

I BELIEVE THAT I HAVE BEEN DISCRIMINATED AGAINST BECAUSE OF MY RACE, BLACK, SEX, FEMALE, IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the*

4

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.*

11.  It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on: N/A

12.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: 11-21-19 .

Date

**Only litigants alleging age discrimination must answer Question #13.**

13.  Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one):*

☒  60 days or more have elapsed

☐  Less than 60 days have elapsed.

14.  The Equal Employment Opportunity Commission *(check one)*:

☐  has not issued a Right to Sue Letter.

☒  has issued a Right to Sue letter, which I **received** on 08 | 29 | 2020

Date

***NOTE:***     *This is the date you received the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*

15.  Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

*NOTE: You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16.  I would like to have my case tried by a jury:

☐  Yes

☒  No

5

**WHEREFORE,** plaintiff prays that the Court grant the following relief:

☐ direct that the Defendant employ Plaintiff, or

☐ direct that Defendant re-employ Plaintiff, or

☐ direct that Defendant promote Plaintiff, or

☐ order other equitable or injunctive relief as follows:_____

_____

☐ direct that Defendant pay Plaintiff back pay in the amount of _____
and interest on back pay;

☒ direct that Defendant pay Plaintiff compensatory damages: Specify the
amount and basis for compensatory damages: 80,500 x 2 based

on length of time of 3 yrs held position (same rate at previous employer). 45,600 remainder of 2019 salary. 10,000 based on ↑ in salary by 10,000 x 1yr total 216,600

_____
SIGNATURE OF PLAINTIFF

Date: 11-19-2020

4853 Seed Tick Rd.
Address

Lakeland, TN 38002

901-317-0788
Phone Number

6