Amended Complaint:  PuRita Crosby vs Core Civic Case No. 2:20-cv-02847-TLP-tmp

RECEIVED

2021 APR 22  AM 7:49

It is my claim that I was discriminated against because of my race and subsequentially given the choice to resign or take a staff nurse position at another Core Civic facility after having served as the top health administrator of the West TN Detention Facility in Mason, TN.

1.  Core Civic held a contract with the U.S. Marshall's to provide housing and healthcare for Federal detainees awaiting trial/sentencing.  As such the contract required a Health Services Administrator(H.S.A.) who was responsible for all things medical, dental and mental health related at the facility and I took the position after the previous H.S.A., a white male, was suddenly removed from West TN and transferred to another Core Civic H.S.A. position after being told by one of the U.S. Marshall's monitors that he had been terminated.  The H.S.A. could transfer into his same position at the same rate of pay, even though while he had been in charge several instances of neglect and medical mismanagement had resulted in gross harm to several detainees under his leadership.  Furthermore, after transferring to the new facility, this H.S.A. who had no medical background but rather a mental health background, continued with his poor supervision and this resulted in more than one detainee dying under his watch. During my entire tenure there were no detainee deaths or gross injury with the exception of the incident I will discuss further in my next point.  Despite the poor management under the leadership of my predecessor, he was allowed to transfer, and I was not.

2.  The incident referred to above was a direct result of a white male mental health staff member who was under my direct supervision, as well as, the Warden an African American male and the Asst. Warden a Latino male, failing to report contraband and place a white male detainee on suicide precautions after the male had reported he had a plan to commit suicide and showed the mental health staff multiple pills he had hoarded for that purpose.  The mental health staff failed to notify his direct supervisor the H.S.A., the warden or the assistant warden, nor was the white male detainee placed on suicide watch as was the clear policy of the facility.  The male detainee was distressed that he had received a harsher sentence than he expected and showed the mental health staff the pills and at that time he told the detainee to flush the pills down the toilet while he watched and no documentation was found that reflected these actions on the date it occurred, nor was it reported to any superior at the West TN site.  The following day the detainee leaped from the second story of the cellblock onto the concrete floor below and ultimately ended up in a vegetative state after months of hospitalization and surgeries.  While there was no documentation for the date prior to the incident, after it occurred several entries were found to be backdated and entered on the same day the incident occurred and the Mental Health Provider who was not on site and in fact only provided telehealth care, provided a statement that the mental health staff had in fact told her of the hoarding of contraband and his handling of the situation, again there was no record of this conversation the day the contraband was discovered and flushed, but only backdated the day the detainee jumped.  As with most of the of white employees under my supervision, I was not allowed to discipline the employee as was my duty, but rather he was disciplined by the white assistant warden who was still there training the new Latino assistant warden.  This mental health staff was placed on administrative

PuRita Cy
04-20-21



leave, but after about a week, was placed at another Core Civic facility in his same role while the investigation took place and the same for the mental health supervisor who reported that she had been told about the pills. The Regional Mental Health Director and a Corporate Investigator interviewed me and I shared that only two days before that the same mental health staff had placed a Mexican male detainee on suicide watch, because he spoke limited English and was upset about being in jail, yet answered clearly he was not suicidal or homicidal and had no plan, yet was placed on suicide precautions for 48 hours. My concerns were dismissed, and the mental health staff was ultimately cleared of any wrongdoing and allowed to continue at the new facility until he himself decided to resign.

3. The contract with the U.S. Marshalls Office included 2 tools that were used to address concerns about the healthcare being provided to the facility: 1) The "two way memo," was used to address grievances filed by the detainees regarding their medical care, and had monetary penalties attached if proven true. The first 2 months after I was off my probationary period I rarely received any 2 way memos, but once things began to turn around in the medical department for the positive, I began to notice that more and more two way memos started to come down. Often the two ways would be on the same grievance that had been properly addressed and found to be without merit and the monitor would come back 2 or 3 days later and file it again. Very few, if any, of the memos resulted in monetary penalty for the company, yet they steadily increased over time. They began to come so often; I reported my concern to the U.S. Marshalls Office in the form of a complaint (see attached email). 2) A tool called a Notice of Concern which was much graver than a two way memo, but again very few if any of these resulted in monetary loss for the company and while I was not allowed to see the actual notices, and rarely allowed to address them, although they were directly about me, I was told by both my Warden and Asst. Warden at one point that "you can't afford another "notice of concern" which was unfathomable to me, since I had no control of when, or what the U.S. Marshall Monitor would write one up on me. One Notice of Concern involved the monitor writing that he had "low confidence " in me as a direct result of a nurse(a white lpn with more than 30 years nursing experience, who I will address later on) failed to provide a detainee a band aid at his request and the monitor decided that was an indication I could not properly supervise my employee and wrote the "low confidence notice." Again, there was no proof of the allegation.

4. The nurse in question above was as mentioned a white female who had been nursing for more than 30 years and prior to my coming on board while under the supervision of the acting H.S.A. a white female, was written up by this H.S.A. and placed on suspension for 3 days and her peer, also a white female, was terminated. However, whenever this same nurse or any white staff members faced discipline, but particularly this one I would not be allowed to discipline her as policy dictated. On 2 separate occasions I attempted to discipline this employee and both times I was told to stand down by the corporate offices because the employee had filed "hostile work environment against me after I had initiated the disciplinary process. This is also the same nurse who was reported by another white nurse as having made a statement to her directly that corporate was going to come down and "walk her black mammy ass out of here." This was told to the monitor and when he came to verify it with me, I told him I had not heard this directly, but he reported to the warden I told him I had heard of and it resulted in the nurse being put on administrative leave. Approximately 2 days after this incident, the nurse who had reported this,

Pulton ly
04-20-21 X



was pointed out by this same monitor as supposedly having improper relations with detainee, although there was only the detainee's statement, and since she was a contract nurse-was terminated.  The lpn was eventually allowed to return and during the investigation by the white corporate investigator regarding the matter, I was asked how I thought things were going in medical and it was good that I had started to see a change, because based on the lpn's claims they were looking at terminating me because of her claims because "one of the first things we look at our schedule changes" implying that I was deliberately changing her schedule to impact this nurse, when in fact all the nurses schedules were being changed to best fit the needs of the facility and were only done under the direction of human resources.

5. The other white female employee, a dental assistant, under my supervision had a close relationship with the monitor.  On more than one occasion the two were overheard discussing me and making such remarks as "you know how when we were in the service, how there were people you just didn't want to have around you because they were so incompetent, that's her." On one occasion she stated the dentist and the other dental assistant that "well you always know it's going to be a mess when these kind are in charge"  These statements were verified by this dental assistant when she was investigated by the warden, in my presence, for suspicion of shredding medical documents and falsifying documentation.  She was ultimately terminated but not due to the racist and other ageist comments she made concerning the dentist who was an older white male, but rather we were told at the conclusion of the corporate investigation by the same investigator that the only thing she was guilty of was "running off at the mouth and she doesn't believe half the stuff she says...and I believe this is just a case of jealousy because she is an attractive woman. "This same dental assistant was disciplined on 3 separate occasions and I was not allowed to discipline her any of those 3 times.  The first incident was when as a dental assistant she worked out of her scope and brought contraband into the facility and provided to the Nurse Practitioner to use on a detainee. The second she again brought contraband into the facility in a syringe to provide to another staff for their own personal use and finally the one that was partially responsible for in her  termination, and the partial is that she was suspended for 2 reasons for racial and discriminatory remarks that she admitted and also for tampering with or destroying documentation.  She was cleared of the discrimination but terminated when irrefutable documented proof showed she had falsified medical documentation.  The only disciplinary write up I received as H.S.A. was on a day I was not at the facility, and the monitor came in the department asking for a specific piece of documentation that was kept in a log in the secretary's office which also doubled as a staff work station.  The document in question was a training record that was placed in the binder days before, but after the dental assistant came into the office and a short time later the monitor came over looking for the specific document, the only one that was missing out of the binder, I was contacted by my Regional who stated that her boss, a white male told her either she would write me up or he would write us both up.  The document in question could have been easily documented and there were never any offenses that warranted a write up before, but in this case, I was placed on a Personal Improvement Plan and had 90 days to correct this.  This was ultimately used to justify my demotion/resignation and was also stated as the reason why I was not allowed to transfer in the same role as the previous white male H.S.A. .who had far worse infractions that often resulted in harm or even death, was allowed to transfer in same position because he had no PIPs, although when I took over from him , the medical department was on probationary

04-20-21

accreditation and had only weeks to bring it into compliance or the contract would be pulled from Core Civic. I was able to turn the department around and ultimately not only passed the NCCHC inspection and regain full accreditation, but also passed the ICE inspection which could have resulted in us no longer being able to house ICE detainees which was a sizable portion as the revenue.

6. When I took over as H.S.A. there were only 4 Core Civic nurses and a total of only about 7 nurses total. By the time I was forced to step down the staff had grown to over 8 full time and part time Core Civic nurse and 6 or more agency nurses. The medical department was on probation and in jeopardy of not being accredited which would result in the contract being lost and the facility eventually being shut down. I was able to turn that around and as mentioned earlier pull off both the ICE and NCCHC audits and secure the contracts for the facility. Despite these accomplishments I was constantly bombarded with two-way memos, notices of concern, and at times ridicule from the Marshall's office. One such occasion was when a memo was sent out management company wide, stating "it's a shame Ms. Crosby can't do her job and constantly fails to cooperate with this office which is part of her duties" One final incident that occurred that resulted in a white male who had been brought in near the end of the audit preparations, when all the work had already been done, to supposedly assist with final audit prep; then stayed on to "show you how to get along with the monitor." While I was applauded for doing a great job in running the department, I just did not understand how to get along with the monitor and that was paramount to him not writing the memos and concerns. One evening 2 days before the NCCHC audit was to take place, a specially housed detainee was complaining that she did not want any nurses coming over to re-insert a catheter that had come out and that she wanted to go to the hospital and have them put it in. After discussing the situation with my Clinical Nurse Supervisor who was on her way back to the facility, I contact the provider and got an order to have the detainee sent out, if she wouldn't allow the CNS to reinsert the catheter. I informed the licensed nurse in medical of the order and prepared to leave for the evening. As I was exiting the gate out of medical, I was met by the monitor who stated he had a headache and I asked did it have anything to do with this patient and he stated yes. I then proceeded to tell him of the steps I had taken to get her taken care of, including that I had gotten an order for her to go out to the hospital and have replaced if necessary. I left the facility approximately 10-15 minutes after leaving, I received a call from my Regional who stated that the monitor, stated if I did not return to the facility and care for this patient, that he would have me terminated. Although there were multiple licensed nurses at the facility, he insisted that it be me. After I returned and had the patient sent out, I was called into the Asst. Warden's office and placed on Administrative leave. I was never given a clear indication as to why I was suspended but did receive a letter detailing that I was to be available 8-5 while on leave to work if needed. I was called to the facility one day before the audit and addressed by the white male Chief Nursing Officer for the Region and was told "PuRita with some of these monitors you have to be prepared to kiss their asses, and no you haven't done anything wrong, but we have to play along because they hold the strings." I was brought back on board after the NCCHC audit was touted as one of the best they had seen at the facility, but was told that the white male brought in earlier would stay on, so that he could show me how to deal with the monitor. In a subsequent conversation with the person who was to be my mentor, I suggested that the monitor would not

PuRita Cy
04-20-21

treat him the same way since he was a white male and he agreed that was true and suggested that I might want to just leave because it was not going to get better.

7.  On my final day on site, I was brought into the Warden's office where the CNO and my Regional were on a conference call and the head of HR and the Assistant Warden was also present. I was told by the CNO that "I need a strong leader over there and I'm just not seeing it. We're prepared to offer you a staff nurse position at one of our other facilities, but because you've had a PIP, we can't offer you another H.S.A. position." These comments were made despite the medical department undergoing a complete and successful transformation under my leadership, despite all the roadblocks thrown at us. I chose to step down, not comfortable to continue working for a company where I had been continuously discriminated against because I was an African American woman. After I left the white male who was to be my mentor replaced me, and shortly thereafter I began receiving reports from my CNS that the department was quickly deteriorating including the death of a detainee, who went without CPR for a period of time due to slow medical response. Approximately 3 weeks after I had stepped down, I received a call from the facility and was told that the white male who took my place had been awarded a Marshall's star by the lead monitor, for the "best turn around of a medical department " he had ever seen. None of those changes or the "turn around," occurred under the white male's leadership and in fact by many reported accounts the "turn around "was being undone. Not only was he awarded a star for work he didn't do, he was also offered a promotion to assistant warden, based on the very work I had done. The white male stayed in the role less than 2 months and resigned citing that the work was "overwhelming." This was the same work that I was faced with in addition to being constantly maligned, sabotaged, and obstructed at every time and still managed to bring about "the best turn around of a medical department" ever seen.

There are multiple more instances of the discrimination I faced including being constantly reported to the assistant warden in challenges of my authority as H.S.A.(a white male at the time), and the majority of my white nurses leaving when we were critically short staffed, and being allowed to return when the department was succeeding and more favorably staffed. It is my request that my claim be considered as I seek the justice, I feel I deserve. I would like to further ask that consideration be given with regards for my request of:

Annual salary of $80,500 x 2 years=$161,000 (reasonable expectation of minimum amount of time remain in role)

Remainder of salary $53,666 for 2019 total $219,966

Final paycheck of $5300.00 which was taken in lieu of PTO that I did not receive because I was still running the department while off site despite the white male being on site to serve in my stead while I was on "PTO." I was contacted daily and requested to complete duties that the covering H.S.A. was supposed be taking care of.

*Pulitu Crosly*
04-20-2021

Attachment:

**From:** Purita Crosby <milscinia1@icloud.com>
**Date:** January 26, 2019 at 23:36:11 CST
**To:** opr.complaints@usdoj.gov
**Subject: Koreem Rhodes**

I wish to file a complaint against the above individual for creating a hostile work environment and interfering in my ability to provide fair and equitable health services for those in my care, while the above individual serves in the role of contract monitor for the USMS at West Tennessee in Mason.
PuRita Crosby RN
901-317-0788
milscinia@yahoo.com

Sent from my iPhone

*Purita Crosby*
04-20-21