**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

_____

| | |
|---|---|
| PURITA CROSBY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 20-2847-TLP-tmp |
| | ) |
| CORECIVIC, | ) |
| | ) |
|     Defendant. | ) |

_____

**ORDER TO ISSUE AND EFFECT SERVICE OF PROCESS**

_____

On November 19, 2020, plaintiff PuRita Crosby, filed a *pro se* complaint and a motion to proceed *in forma pauperis*.[1]  (ECF Nos. 1 & 2.)  On December 1, 2020, the undersigned granted leave to proceed *in forma pauperis* and screened the complaint pursuant to 28 U.S.C. § 1915. (ECF Nos. 6 & 7.) The presiding district judge adopted the report and recommendation, dismissed the complaint, and entered judgment. (ECF Nos. 10 & 11.) Crosby then moved to set aside the judgment. (ECF No. 12.) On April 7, 2021, the presiding district judge entered an order setting aside judgment and granting Crosby leave to amend her complaint. (ECF No. 13.) Crosby filed an

---

[1]Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States magistrate judge for management and for all pretrial matters for determination and/or report and recommendation as appropriate.

amended complaint on April 22, 2021. (ECF No. 14.)

IT IS ORDERED that the Clerk shall issue process for defendant, and deliver said process to the U.S. Marshal for service in accordance with 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3). All costs of service shall be advanced by the United States.

IT IS ORDERED that plaintiff shall serve a copy of every further document filed in this cause on the attorneys for the defendant, or on the defendant if the defendant does not have an attorney. Plaintiff shall make a certificate of service on every document filed. Plaintiff shall become familiar with the Federal Rules of Civil Procedure and this court's Local Rules.[2]

IT IS SO ORDERED.

s/ Tu M. Pham
_____
TU M. PHAM
Chief United States Magistrate Judge

May 12, 2021
_____
Date

---

[2]A free copy of the Local Rules may be obtained from the Clerk. The Local Rules are also available on the court's website at www.tnwd.uscourts.gov/pdf/content/LocalRules.pdf.