**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

_____

| | | |
|---|---|---|
| **PURITA CROSBY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 20-2847-TLP-tmp** |
| | ) | |
| **CORE CIVIC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

**ORDER DIRECTING THE PARTIES TO MEET AND CONFER
PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16**

_____

On November 19, 2020 plaintiff PuRita Crosby filed a _pro se_ complaint against defendant Core Civic. (ECF No. 1.) Crosby filed a motion for leave to proceed in forma pauperis, which was granted on December 1, 2020. (ECF No. 2 & 6.) The magistrate judge filed a Report and Recommendation recommending _sua sponte_ dismissal pursuant to 28 U.S.C. § 1915(e)(2) on December 1, 2020. (ECF No. 7.) On February 11, 2021, the district judge adopted the Report and Recommendation and dismissed the case without prejudice. (ECF No. 10.) Judgement was entered on February 23, 2021. (ECF No. 11.) On March 22, 2021, plaintiff filed a second motion to proceed _in forma pauperis_ and requested the opportunity to "re-present her case," which the district court construed as a motion to alter or amend judgment and to allow her to amend her complaint. (ECF No.

12 & 13.)  The district court set aside its previous judgment and granted leave to amend on April 7, 2021. (ECF No. 13.) Crosby filed an amended complaint on April 22, 2021. (ECF No. 14.) Core Civic filed an answer on September 3, 2021.

In light of the COVID-19 pandemic, and to minimize the need for in-person contact, the court directs the parties to meet and confer pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16, and to submit a joint proposed scheduling order by September 28, 2021. If the parties cannot agree, they may submit separate proposals for the court's review. The undersigned will then consider the competing proposals and enter a scheduling order.

IT IS SO ORDERED.

s/ Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

September 10, 2021
Date