**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

_____

PURITA CROSBY,                          )
                                        )
    Plaintiff,                      )
                                        )
v.                                      )  No. 20-cv-02847-TLP-tmp
                                        )
CORECIVIC,                              )
                                        )
    Defendant.                      )
_____

**ORDER SUBSTITUTING MEDIATOR AND EXTENDING ADR DEADLINE**
_____

On November 30, 2021, the parties made the court aware that the mediator selected for appointment in this matter reported an issue precluding her service. As such, the court will appoint a new mediator in this case:

Kim D. Mackie-Austin
1217 Hwy 138
Mercer, TN 38392
(731) 212-2157
austin.kim82@yahoo.com

In light of this change, the undersigned will provide additional time to complete Alternative Dispute Resolution (ADR), extending the current ADR deadline through January 29, 2022.

IT IS SO ORDERED.

s/ Tu M. Pham
_____
TU M. PHAM
Chief United States Magistrate Judge

November 30, 2021
_____
Date