**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

_____

| | |
|---|---|
| PURITA CROSBY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )     No. 20-02847-TLP-tmp |
| | ) |
| CORECIVIC OF TENNESSEE, LLC, | ) |
| | ) |
|    Defendants. | ) |

_____

**ORDER STAYING MEDIATION**

_____

Before the court is defendant CoreCivic of Tennessee, LLC's ("CoreCivic") Motion to Opt Out of Automatic Mediation or, Alternatively, For Appointment of New Mediator and Extension of Time. (ECF No. 25.) On November 19, 2020, Crosby filed a *pro se* complaint against CoreCivic alleging harm from race and age discrimination in CoreCivic's hiring process. (ECF No. 1.) Since Crosby was proceeding *in forma pauperis*, the complaint was screened according to 28 U.S.C. § 1915. The undersigned initially recommended that the complaint be dismissed, but the presiding district judge granted Crosby leave to amend after she responded with additional information. (ECF No. 13.) The court entered a Scheduling Order on September 30, 2021, that required the parties to mediate by December 21, 2021 pursuant to the Western District of Tennessee's Mediation Plan for *pro se in forma pauperis* civil

cases. (ECF No. 22.) This deadline was extended to January 29, 2022, after the court's initially appointed mediator opted out due to a lack of subject matter expertise. (ECF No. 23.) A new mediator was appointed, but has since requested another mediator be appointed due to a lack of experience. (ECF No. 25-1.) The defendants also filed a pending Motion to Dismiss against Crosby's amended complaint on December 20, 2021. (ECF No. 10.) Crosby has not yet responded to this motion.

Given the difficulty of securing a mediator at present and pending motion for dismissal, the court hereby ORDERS that mediation be stayed until the pending dispositive motion is resolved. The court will resolve the current issues with securing a mediator and will accordingly amend the scheduling order if the Motion to Dismiss is denied.

IT IS SO ORDERED.

s/ Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

January 18, 2022
Date