**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

———————————————————————————————

| | |
|---|---|
| PURITA CROSBY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    No. 20-02847-TLP-tmp |
| | ) |
| CORECIVIC OF TENNESSEE, LLC, | ) |
| | ) |
|    Defendants. | ) |

———————————————————————————————

**ORDER TO SHOW CAUSE**

———————————————————————————————

Before the court is defendant CoreCivic of Tennessee, LLC's ("CoreCivic") Motion to Dismiss or for Judgment on the Pleadings against plaintiff PuRita Crosby. (ECF No. 24.) On November 19, 2020, Crosby filed a *pro se* complaint against CoreCivic alleging harm from race and age discrimination in CoreCivic's hiring process. (ECF No. 1.) Since Crosby was proceeding *in forma pauperis*, the complaint was screened according to 28 U.S.C. § 1915. The undersigned initially recommended that the complaint be dismissed, but the presiding district judge granted Crosby leave to amend after she responded with additional information. (ECF No. 13.) The defendants filed the present Motion to Dismiss against Crosby's amended complaint on December 20, 2021. (ECF No. 10.) Pursuant to Local Rule 12.1, memoranda in opposition to motions to dismiss must be filed within 28 days after the motion is served.

W.D. Tenn. Civ. R. 12.1(b). Crosby had until January 18, 2022, to file such a memorandum.[1] To date, Crosby has not filed a response to the motion.

Crosby is hereby ORDERED to show cause why the court should not grant the present Motion to Dismiss. This showing should take the form of a memorandum opposing the Motion to Dismiss and must be filed by February 1, 2022. If Crosby fails to respond to this order, the undersigned will consider the Motion to Dismiss solely in light of the arguments contained in the defendants' brief.

IT IS SO ORDERED.

s/ Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

January 19, 2022
Date

---

[1] While January 17, 2022, is technically 28 days after the Motion to Dismiss was served, it is also a federal holiday: Martin Luther King, Jr. Day. Thus, Crosby had until the day after the federal holiday to file her response. See Fed. R. Civ. P. 6(a)(1)(C).

- 2 -